AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.

Frank Da Silva

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1835-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __from 8-9-04 through 12-8-04__ in __Worcester__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) knowingly and without lawful authority, produce and transfer false identification documents

in violation of Title __18__ United States Code, Section(s) __1028(a)(1) and 1028 (a)(2)__ .

I further state that I am a(n) __Senior Special Agent__ and that this complaint is based on the following
Official Title

facts:
See attched affidavit of ICE Senior Special Agent Nicole Cosola, incorporated herein by reference.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_Nicol M. Cosola_
Signature of Complainant

Sworn to before me and subscribed in my presence,

12-08-2004                                    at           Worcester, MA
Date                                                       City and State

Charles B. Swartwood, III
U.S. Magistrate Judge                          _signature_
Name & Title of Judicial Officer               Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.