UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-40032-FDS |
| | ) | VIOLATIONS: |
| | ) | |
| | ) | 18 U.S.C. §1028(a)(1) |
| FRANK MACHADO DA SILVA, | ) | (Production of False |
| | ) | United States |
| | ) | Identification Documents) |
| Defendant | ) | |
| | ) | 18 U.S.C. §2 |
| | ) | (Aiding and Abetting) |

## INFORMATION

COUNTS ONE-SIX:   18 U.S.C. §1028(a)(1) (Production of False
United States Identification Documents)

The United States Attorney charges as follows:

On or about the dates listed below, at Worcester County, in the District of Massachusetts,

**FRANK MACHADO DA SLIVA**

the defendant herein, did knowingly and without lawful authority produce false United States identification documents, to wit, counterfeit social security account number cards and counterfeit alien registration cards.

| COUNT | DATE | DOCUMENTS |
|---|---|---|
| ONE | April 19, 2004 | four social security account number cards and four alien registration cards |
| TWO | September 15, 2004 | five social security account number cards and five alien registration cards |
| THREE | September 24, 2004 | seven social security account number cards and seven alien registration cards |
| FOUR | October 29, 2004 | four social security account number cards and four alien registration cards |
| FIVE | November 21, 2004 | one social security account number card and one alien registration card |

| SIX | December 8, 2004 | four social security account number cards and four alien registration cards |

All in violation of Title 18, United States Code, Section 1028(a)(1) and Title 18, United States Code, Section 2.

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds the following:

That the offenses charged in Counts One through Six involved at least 25 documents relating to naturalization, citizenship or legal residence status, as described in USSG §2L2.1(b)(2)(B).

>                                    MICHAEL J. SULLIVAN
>                                    United States Attorney
>
>                              By: _____
>                                    PAUL G. CASEY
>                                    Assistant U.S. Attorney

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Worcester   **Category No.** II   **Investigating Agency** ICE

**City** Worcester   **Related Case Information:**

**County** Worcester
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   04-mj-01835-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Frank Machado Da Silva       Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): ___  SSN (last 4 #): ___  Sex ___  Race: ___  Nationality: Brazilian

Defense Counsel if known:   Roger Cox       Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Paul Casey       Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Portugese

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date:   12-8-04

☒ Already in Federal Custody as  defendant  in  Wyatt Detention Center
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☒ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony  6

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12-30-04       Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Frank Da Silva

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC §1028(a)(1) | Production of False Identification Documents | 1-6 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**