Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-40032-FDS |
| ) | |
| FRANK MACHADO DA SILVA ) | |

## WAIVER OF INDICTMENT

I, **FRANK MACHADO DA SILVA**, the above-named defendant, who is accused of knowingly and without lawful authority, producing false United States identification documents, to wit, 25 sets of counterfeit social security account number cards and counterfeit alien registration cards, during a time period from August 19, 2004 through December 8, 2004, in violation of 18 U.S.C. § 1028(a)(1) and Title 18, United States Code, Section 2, being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on February 3, 2005 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

Roger A. Cox
_____
Counsel for the Defendant

Before: _____
Judicial Officer
2/5/05