UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA<br><br>v.<br><br>FRANK MACHADO DA SILVA,<br><br>Defendant. | Criminal No.<br>04-40032-FDS |

## ORDER OF STIPULATED JUDICIAL REMOVAL

**SAYLOR, J.**

Pursuant to the authority created by section 374(a)(3) of the Illegal Immigrant Reform and Immigrant Responsibility Act of 1996, Pub. L. 104-208, 110 Stat. 3009 (September 30, 1996), codified at Title 8, United States Code, Section 1228(c)(5), and upon the parties' agreement to the entry of a stipulated judicial order of removal, it is hereby ordered that the defendant, FRANK MACHADO DA SILVA, an alien removable under 8 U.S.C. § 1227(a)(1)(B), upon conviction and after release from any period of incarceration, be taken into custody by the United States Bureau of Immigration and Customs Enforcement and removed to the Brazil or to any other country as prescribed by the immigration laws of the United States of America.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: April 29, 2005

04-40032

Concurrence of NICE to Stipulated　　　　April 28, 2005
Judicial Order of Deportation in
Case of Fran Machado Da Silva

Michael J. Sullivan　　　　　　　　　Robin Avers
United States Attorney　　　　　　　Special Agent in Charge
Office of United States Attorney　　Bureau of Immigration
Boston, Massachusetts　　　　　　　　and Customs Enforcement
　　　　　　　　　　　　　　　　　　Boston, Massachusetts

### CONCURRENCE OF BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT TO STIPULATED JUDICIAL ORDER OF DEPORTATION

Based upon the factual representations made to me, on behalf of the Commissioner of the Bureau of Immigration and Customs Enforcement, I concur in the request by the United States Attorney that a stipulated judicial order of deportation be granted in the case of United States v. Frank Machado Da Silva, File No. A 96 416 060.

Dated: 4/27/05

Robin Avers
Special Agent in Charge
Bureau of Immigration
and Customs Enforcement
Boston, Massachusetts

A